■ JOSEPH ZAZA, Respondent, v ALLSTATE INSURANCE COMPANY, Appellant. — Order of the Supreme Court, Nassau County (Meade, J.), dated April 7, 1983, affirmed, insofar as appealed from, with costs. No opinion. Plaintiff's

time to furnish the interrogatories in question and to respond to the notice of discovery and inspection, as modified, is extended until 20 days after service upon him of a copy of the order to be made hereon, with notice of entry. Weinstein, J. P., Bracken, Brown and Neihoff, JJ., concur.